MEB W. ANDERSON (10227)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
PO BOX 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
E-mail: mebanderson@utah.gov

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| MICHAEL TILT, *et al*., <br><br> Plaintiff, <br><br> v. <br><br> LISA STEED, <br><br> Defendant. | **STIPULATED MOTION TO DISMISS** <br><br><br> Case No. 2:13-cv-696 <br><br> Judge Dustin B. Pead |

Defendant Lisa Steed, by and through counsel, Meb W. Anderson, Assistant Utah Attorney General, and Plaintiffs Michael and Michaela Tilt, by and through counsel James C. Bradshaw, hereby jointly move the Court for dismissal of Plaintiffs' claims against Defendant with prejudice as the parties have settled their dispute.  Each party agrees to bear their costs and attorney fees incurred to date.

DATED:  May 12, 2014

        SEAN D. REYES
        Utah Attorney General


        /s/ Meb W. Anderson
        MEB W. ANDERSON
        Assistant Utah Attorney General
        Attorneys for Defendant


/s/ James C. Bradshaw
James C. Bradshaw
BROWN BRADSHAW & MOFFAT
10 W. Broadway Suite 210
Salt Lake City, Utah 84101

## CERTIFICATE OF MAILING

I certify that on May 12, 2014, I electronically filed the foregoing **STIPULATED MOTION TO DISMISS**, using the Court's CM/ECF system and doing so constitutes service to the following:

James C. Bradshaw
BROWN BRADSHAW & MOFFAT
10 W. Broadway Suite 210
Salt Lake City, Utah 84101

Danielle Hawkes
HAWKES LEGAL SERVICES PLLC
10 Exchange Place Suite 622
Salt Lake City, Utah 84111

/s/ Meb W. Anderson